# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00515-CV

**Gerald Bailey, Appellant**

**v.**

**William D. Spears and Phuong L. Spears, Appellees**

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 22-0661-CC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Gerald Bailey has filed a notice of settlement and unopposed motion to dismiss this appeal. Bailey states that although the "relevant documents for this settlement are in the process of now [being] finalized," the parties "have agreed to a Final Dismissal of the Appeal." Accordingly, we grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Justices Triana, Crump, and Ellis

Dismissed on Appellant's Motion

Filed: March 12, 2025